IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BOBBY D. MURRAY, BILLY D. MURRAY and LORETTA MURRAY, Plaintiffs, | ) ) ) ) | |
| v. | ) ) | 3:04-cv-501 |
| HARRIMAN CITY POLICE CHIEF JACK STOCKTON, OFFICER AMANDA GODIN, OFFICER KENNETH MYNATT, OFFICER JASON MYNATT, MCDONALD'S KINGSTON STORE, TARA STOCKTON and ROANE COUNTY DEPUTY MICHAEL CAPPS, Defendants. | ) ) ) ) ) ) ) ) | |

## ORDER OF DISMISSAL

Despite efforts by this court to contact the *pro se* plaintiffs with a copy of the previously filed memorandum and order (dated June 21, 2005), mail has been returned undeliverable. As plaintiffs appear to no longer have a desire to prosecute this case, the court finds that this action should be **DISMISSED** for failure to prosecute.

**ENTER:**

　　　s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**