**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **BOBBY D. MURRAY, BILLY D. MURRAY** | ) | |
| **and LORETTA MURRAY,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **3:04-cv-501** |
| | ) | |
| **HARRIMAN CITY POLICE CHIEF JACK** | ) | |
| **STOCKTON, OFFICER AMANDA** | ) | |
| **GODIN, OFFICER KENNETH MYNATT,** | ) | |
| **OFFICER JASON MYNATT,** | ) | |
| **MCDONALD'S KINGSTON STORE, TARA** | ) | |
| **STOCKTON and ROANE COUNTY** | ) | |
| **DEPUTY MICHAEL CAPPS,** | ) | |
| **Defendants.** | ) | |

# O R D E R

Plaintiffs have responded to the court's order of dismissal and have moved for reinstatement of their lawsuit [ECF # 30, 31]. Plaintiffs assert that through no fault of their own, they never received the June 21, 2005 order of this court, as the post office incorrectly stamped the envelope "NO SUCH NUMBER." In a supporting memorandum, plaintiffs insist that there is indeed a box for the address "517 Elverton Rd." For good cause shown, plaintiffs' motions are **GRANTED** and this action is **REINSTATED** against the defendants not dismissed in the June 21, 2005 memorandum and order.

**ENTER:**

_____s/Thomas W.  Phillips_____
**UNITED STATES DISTRICT JUDGE**