UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LORETTA MURRAY, *et al*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF HARRIMAN, *et al*, ) <br> ) <br> Defendants. ) | No. 3:04-CV-501 <br> (Phillips/Guyton) |

## ORDER

This matter is before the Court upon defendants' motion to strike [Doc. 59]. Plaintiffs have filed a reply to the defendants' reply [Doc. 54]. Defendants correctly cite and argue E.D. TN. L.R 7.1(a), which essentially sets forth the briefing schedule and states that a plaintiff is not entitled to file another reply without first obtaining permission from the Court. In light of the above, defendants' motion to strike [Doc. 59] is **GRANTED**. At this time, however, costs are not to be taxed to plaintiffs.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE