# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

BOBBY MURRAY, BILLY D. MURRAY
and LORETTA MURRAY

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: 3:04-cv-501

OFFICER AMANDA GODIN, OFFICER KENNETH
MYNATT, and OFFICER JASON MYNATT

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment shall enter in favor of defendants Amanda Godin, Kenneth Mynatt and Jason Mynatt and against plaintiffs Bobby Murray, Billy Murray and Loretta Murray. From a preponderance of the evidence it was found that defendant Kenneth Mynatt did not use excessive force against Bobby Murray, Billy Murray or Loretta Murray; that Jason Mynatt did not use excessive force against Bobby Murray or Billy Murray; and that Amanda Godin was not deliberately indifferent in failing to protect Bobby Murray, Billy Murray or Loretta Murray. It is also found that defendant Kenneth Mynatt was not deliberately indifferent to a serious medical condition of plaintiff, Bobby Murray. Judgment is, therefore, entered in favor of defendants and costs of this cause.

February 28, 2007  
Date

Patricia L. McNutt, Clerk

By  s/Janet M. Jackson  Deputy Clerk