## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| BOBBY MURRAY, BILLY D. ) <br> MURRAY and LORETTA MURRAY, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OFFICER AMANDA GODIN, OFFICER ) <br> KENNETH MYNATT, and OFFICER ) <br> JASON MYNATT, ) <br> ) <br>     Defendants. ) | No. 3:04-CV-501 <br> (Phillips/Guyton) |

## ORDER

At trial in the above captioned matter, defendants, Amanda Godin, Kenneth Mynatt, and Jason Mynatt, moved for judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure with respect to plaintiffs' claims against the defendants in their individual capacities. A judgment as a matter of law may be granted if there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue or claim.

For the reasons stated in open court, defendants' motion is **GRANTED**, and the claims against all defendants in their individual capacities are **DISMISSED** from the case.

**IT IS SO ORDERED.**

                                          **ENTER:**

                                          s/Thomas W. Phillips
                                          UNITED STATES DISTRICT JUDGE