## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **BOBBY MURRAY, BILLY D.** | ) | |
| **MURRAY and LORETTA MURRAY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:04-CV-501** |
| | ) | **(Phillips/Guyton)** |
| **OFFICER AMANDA GODIN, OFFICER** | ) | |
| **KENNETH MYNATT, OFFICER** | ) | |
| **JASON MYNATT, AND CITY OF** | ) | |
| **HARRIMAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court upon defendants' motion to strike notice of appeal and motion to reconsider motion notwithstanding the jury verdict for non-compliance with Rule 11 [Doc. 139]; motion to strike notice of manufactured exhibit and amended appeal [Doc. 142]; motion to strike response to motion [Doc. 146]; and motion to strike response to motion [Doc. 148]. Said defense motions are **DENIED**.

Plaintiffs have also filed a motion to strike the defendants' motions to strike [Doc. 149]. The Court has above denied defendants' motion to strike the appeal. To the extent that plaintiffs are seeking additional relief, which is difficult to ascertain, said motion is **DENIED**.

**IT IS SO ORDERED.**

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge